IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JONATHAN HUNTER MARTIN, AIS #276233, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-1042-WHA ) |
| MARY COOK, et al., | ) ) |
| Defendants. | ) |

**ORDER**

On December 14, 2018, the Magistrate Judge entered a Recommendation (Doc. #4) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's claims against Bullock Correctional Facility and the Alabama Department of Corrections are summarily dismissed with prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

3. Bullock Correctional Facility and the Alabama Department of Corrections are dismissed as defendants in this cause of action.

4. This case, with respect to the plaintiff's claims against Mary Cook and Captain King, is referred back to the Magistrate Judge for appropriate proceedings.

DONE this 9th day of January, 2019.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE