IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JONATHAN HUNTER MARTIN,       )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )<br>                              )<br>MARY COOK, Warden, and        )<br>CAPTAIN KING,                 )<br>                              )<br>     Defendants.             )   | CIVIL ACTION NO.<br>  2:18cv1042-MHT<br>       (WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit claiming that the defendant correctional officials violated his Eighth Amendment rights by failing to protect him from assault by another prisoner. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to follow court orders and for failure to prosecute. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of March, 2021.

                                     /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE